## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALPINE SUMMIT FUNDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG PERRY, DARREN MOULDS, WILLIAM WICKER, TRAVIS REAGAN BROWN, and CHRYSTIE HOLMSTROM, <br><br> Defendants. | Case No. 24-cv-3327 |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES the Plaintiff, Alpine Summit Funding, LLC and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Kuvare Asset Management
   5600 North River Road, Suite 300
   Rosemont, Illinois 60018

Dated: September 25, 2024

Respectfully submitted,

*/s/ Denver G. Edwards*
**BRADFORD EDWARDS LLP**
Denver G. Edwards, Esq.
575 Fifth Avenue, 14th Floor
New York, New York 10017
T: (917) 671-9407
M: (646)455-9044
F: (607) 930-3596
Email: dedwards@bradfordedwards.com

*Attorneys for Plaintiff Alpine Summit Funding, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and exact copy of the foregoing has been served on the following by first class mail on this 25th day of September 2024:

CRAIG PERRY
3322 West End Avenue, Suite 450
Nashville, TN 37203

DARREN MOULDS
3322 West End Avenue, Suite 450
Nashville, TN 37203

WILLIAM WICKER
3322 West End Avenue, Suite 450
Nashville, TN 37203

TRAVIS REAGAN BROWN
3322 West End Avenue, Suite 450
Nashville, TN 37203

CHRYSTIE HOLMSTROM
511 Union St Ste 2700
Nashville, TN 37219-1791


s/ Denver G. Edwards
Denver G. Edwards