IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALPINE SUMMIT FUNDING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CRAIG PERRY, DARREN MOULDS, WILLIAM WICKER, TRAVIS REAGAN BROWN, and CHRYSTIE HOLMSTROM,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 4:24-cv-03327 |

**DEFENDANT CHRYSTIE HOLMSTROM'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to this Court's September 10, 2024 Order, Defendant Chrystie Holmstrom ("Holmstrom") files her Certificate of Interested Parties, and would respectfully show as follows:

Holmstrom understands the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, to be financially interested in the outcome of this litigation:

- Alpine Summit Funding, LLC (Plaintiff)
- Kuvare Asset Management
- Craig Perry (Defendant)
- Darren Moulds (Defendant)
- William Wicker (Defendant)
- Travis Reagan Brown (Defendant)
- Chrystie Holmstrom (Defendant)

- Obsidian Specialty Insurance (Insurer)

- Palomar Excess & Surplus Insurance Company (Insurer)

DATED: October 17, 2024							Respectfully submitted,

							/s/ Barrett H. Reasoner
							Barrett Reasoner
							Attorney-in-Charge
							Fed. Id. 14922
							Texas Bar No. 16641980
							breasoner@gibbsbruns.com

							**GIBBS & BRUNS LLP**
							1100 Louisiana, Suite 5300
							Houston, Texas 77002
							Telephone: (713) 650-8805
							Facsimile: (713) 750-0903

							*Attorney in Charge for Chrystie Holmstrom*

Ayesha Najam
Texas Bar No. 605948
SDTX Bar No. 24046507
anajam@gibbsbruns.com
Connor E. Burwell
Texas Bar No. 24131297
SDTX Bar No. 3854987
cburwell@gibbsbruns.com
**GIBBS & BRUNS LLP**
1100 Louisiana Street, Suite 5300
Houston, Texas 77005
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

*Of counsel for Chrystie Holmstrom*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on all counsel of record on this date, in accordance with the Federal Rules of Civil Procedure.

                                    */s/ Barrett H. Reasoner*
                                    Barrett Reasoner